ROBERT BRUMBAUGH ET AL. *v.* PLANNING AND ZONING COMMISSION OF NORTH HAVEN ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Joseph A. Licari, Jr.,* in support of the petition.
*Albert W. Cretella, Jr.,* and *Carl E. Cella,* in opposition.

Submitted September 8—decided September 24, 1975

SAMUEL ROGOFF ET AL. *v.* PLANNING AND ZONING BOARD OF MILFORD ET AL.

The named defendant's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Leo P. Carroll,* in support of the petition.
*Richard H. Lynch,* in opposition.

Submitted September 15—decided September 24, 1975

YOUNG MEN'S CHRISTIAN ASSOCIATION OF NEW HAVEN *v.* BOARD OF ZONING APPEALS OF NEW HAVEN ET AL.

The defendants' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Frederick D. Ross, Jr., Roger J. Frechette,* and *Roger Sullivan,* in support of the petition.
*Stephen E. Ronai,* in opposition.

Submitted September 15—decided September 24, 1975